1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD RAY FIELDS,

11            Plaintiff,                    No. CIV S-04-2384 LKK KJM P

12        vs.

13   R. COX,

14            Defendant.                    <u>ORDER</u>

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On January 5, 2005, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

22   objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1          1.  The findings and recommendations filed January 5, 2005, are adopted in full;

2    and

3          2.  This action is dismissed without prejudice.

4    DATED:   August 23, 2005.

5

6                                                    /s/Lawrence K. Karlton
                                                     UNITED STATES DISTRICT JUDGE
7    /fiel2384.800

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26